Mark R. Thierman, Nev. Bar No. 8285
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Bar No. 13161
THIERMAN BUCK LLP
7287 Lakeside Drive
Reno, Nevada  89511
Tel. (775) 284-1500
Fax. (775) 703-5027
Email: mark@thiermanbuck.com
Email: josh@thiermanbuck.com
Email: leah@thiermanbuck.com

*Attorneys for Plaintiffs*

FENNEMORE CRAIG
John H. Mowbray (NV Bar No. 1140)
Amy Abdo (NV Bar No. 6881)
Kevin M. Green (NV Bar No. 12384)
1400 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone:  (702) 692-8000
Facsimile:  (702) 692-8099
Email:  jmowbray@fclaw.com
Email:  amy@fclaw.com
Email:  kgreen@fclaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EMIL BOTEZATU on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS LIMOUSINES, LLC; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 2:16-cv-00397-RFB-PAL<br><br>**NOTICE OF SETTLEMENT AND [PROPOSED] ORDER SETTING HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

- 1 -
NOTICE OF SETTLEMENT AND [PROPOSED] ORDER SETTING HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Emil Botezatu ("Plaintiff") and Defendant Las Vegas Limousines, LLC ("Defendant" or "LVL"), by and through their respective counsel of record, (collectively "the Parties"), hereby notify that the Court that the Parties have entered into a settlement in this matter. The Parties will be drafting formal settlement documents including the necessary motions for preliminary approval of the collective/class action settlement and all related papers. The parties will file the preliminary approval papers no later than February 21, 2017. The Parties respectfully request the hearing date for preliminary approval of the collective/class action settlement be held on March 3, 2017, at 1:30 p.m., in lieu of the hearing scheduled for Plaintiff's Motion to Certify Class for Conditional Certification and Defendant's Motion to Dismiss currently on the docket.

| Dated: February 9, 2017 | Dated: February 9, 2017 |
|---|---|
| /s/Joshua D. Buck | /s/Kevin M. Green |
| Mark R. Thierman, Nev. Bar No. 8285 | FENNEMORE CRAIG |
| Joshua D. Buck, Nev. Bar No. 12187 | John H. Mowbray (NV Bar No. 1140) |
| Leah L. Jones, Bar No. 13161 | Amy Abdo (NV Bar No. 6881) |
| THIERMAN BUCK LLP | Kevin M. Green (NV Bar No. 12384) |
| 7287 Lakeside Drive | 1400 Bank of America Plaza |
| Reno, Nevada 89511 | 300 South Fourth Street |
| Tel. (775) 284-1500 | Las Vegas, Nevada 89101 |
| Fax. (775) 703-5027 | Telephone: (702) 692-8000 |
| Email: mark@thiermanbuck.com | Facsimile: (702) 692-8099 |
| Email: josh@thiermanbuck.com | Email: jmowbray@fclaw.com |
| Email: leah@thiermanbuck.com | Email: amy@fclaw.com |
|  | Email: kgreen@fclaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

### ORDER

IT IS SO ORDERED this <u>10th</u> day of <u>February 2017.</u>, 2017.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE